UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| ERIC McENTARFER,<br><br>      Plaintiff,<br><br>v.<br><br>ROSEMARY EMORY, JENNIFER BERGIN, BENJAMIN HARMER, PATRICIA MIGLIURI,<br><br>      Defendants. | Case No. 1:26-cv-00308-DCN<br><br>**JUDGMENT** |

In accordance with the Order entered on this date, **IT IS ORDERED, ADJUDGED, and DECREED** that this entire case is DISMISSED with prejudice. After entry of the Judgment, the Clerk of Court shall close this case.

DATED: June 16, 2026

David C. Nye
U.S. District Court Judge

JUDGMENT - 1